# United States Court of Appeals
## For the First Circuit

No. 09-2452

IN RE: TOWN OF BILLERICA, ET AL.,

Petitioners.

Before

Lynch, Chief Judge,
Boudin and Stahl, Circuit Judges.

JUDGMENT

Entered: January 19, 2010

     The petition for writ of mandamus asking this court to direct the district court to act on a pending Rule 60(b) motion for sanctions is denied. See, e.g., LSJ Inv. Co., Inc. v. O.L.D., Inc., 167 F.3d 320, 324 (6th Cir. 1999) (although "cases allow the court to entertain a motion for relief even while an appeal is pending, they do not require the court to do so. Once the defendants appealed, it was not erroneous for the district court to let the appeal take its course.").

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Hon. Patti B. Saris
Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts
Leonard Henry Kesten
Samuel J. Perkins
Jeremy I. Silverfine
Andrew M. Fischer
Frederick V. Gilgun, Jr.
Deidre Brennan Regan
Annette C. Benedetto